IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WI-LAN, INC. § | |
| § | CIVIL ACTION NO. 2:10-CV-124 |
| v. § | |
| § | JURY TRIAL REQUESTED |
| ACER, INC., *et al.* § | |
| | **UNOPPOSED** |

# DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Sony Electronics Inc., Sony Computer Entertainment America LLC (incorrectly sued as Sony Computer Entertainment America Inc.), and Sony Corporation of America, (hereinafter referred to as "Defendants") without waiving any defenses or any matters that might be presented pursuant to Federal Rule of Civil Procedure 12(b) or any other rule or law, file this unopposed motion for extension of time in which to answer, move, or otherwise respond to Plaintiff Wi-LAN Inc.'s Original Complaint and would respectfully show the Court as follows:

Defendants have requested and Plaintiff has agreed to an extension of Defendants' time to respond in any manner whatsoever including answer, motion or other pleading of any type to Plaintiff's Complaint. Specifically, Defendants request, and Plaintiff does not oppose, an extension of time up to and including July 2, 2010. Defendants reserve all rights to seek additional extensions of Defendants' time to respond to Plaintiff's Complaint.

A proposed order granting this unopposed motion is attached for the Court's convenience.

02347.51314/3476405.1

| | |
|---|---|
| Dated: April 30, 2010 | Respectfully submitted, |

**/s/ Melvin R. Wilcox, III**

Melvin R. Wilcox, III
State Bar No. 21454800
YARBROUGH–WILCOX, PLLC
100 East Ferguson, Suite 1015
Tyler, Texas 75702
Telephone: (903) 595-1133
Facsimile: (903) 595-0191
Email: mrw@yw-lawfirm.com

Kevin P.B. Johnson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:(650) 801-5000
Facsimile: (650) 801-5100
E-mail: kevinjohnson@quinnemanuel.com

ATTORNEYS FOR DEFENDANTS SONY ELECTRONICS INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC, and SONY CORPORATION OF AMERICA

/s/Sam Baxter_____

Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
MCKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 903-9000
Facsimile: (903) 903-9099

ATTORNEYS FOR PLAINTIFF WI-LAN, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that on April 30, 2010, counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/Melvin R. Wilcox, III