UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:10-cv-124-TJW

Name of party requesting extension: SiRF Technology, Inc.

Is this the first application for extension of time in this case?  ✓ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 6/9/10

Number of days requested:  ☐ 30 days
☐ 15 days
✓ Other  14   days

New Deadline Date: 7/14/10      *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Claudia Wilson Frost

State Bar No.: 21671300

Firm Name: Pillsbury Winthrop Shaw Pittman LLP

Address: 909 Fannin, Suite 2000
Houston, TX 77010

Phone: 713.276.7600

Fax: 713.276.7673

Email: claudia.frost@pillsburylaw.com

A certificate of conference does not need to be filed with this unopposed application.