IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | | C.A. No. 2:10-cv-124-TJW |
| v. § | | |
| § | | JURY TRIAL REQUESTED |
| ACER, INC., *et al.* § | | |
| § | | |
| Defendants. § | | |

## ORDER

Before the Court is Plaintiff Wi-LAN, Inc. ("Wi-LAN") and Defendants Toshiba Corporation, Toshiba America, Inc. and Toshiba America Information Systems, Inc.'s (collectively "Toshiba") Stipulation and Joint Motion to Dismiss. Such motion is GRANTED.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

(1) All claims concerning the patents in suit between Wi-LAN and Toshiba with respect to Toshiba's products containing semiconductor chip products that are subject to a license or release from Wi-LAN including all semiconductor chip products from Broadcom Corporation are dismissed with prejudice;

(2) All other claims here at issue between Wi-LAN and Toshiba, including all other claims presented by Wi-LAN's Complaint and all of Toshiba's counterclaims, are dismissed without prejudice; and

(3) Wi-LAN and Toshiba each shall bear their own costs and attorneys' fees.

SIGNED this 30th day of March, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE