# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| WI-LAN INC., | ) |
| | ) |
| Plaintiff, | ) CASE NO. 2:10-cv-124 |
| | ) |
| v. | ) |
| | ) |
| ACER, INC., et al., | ) JURY TRIAL REQUESTED |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Before the Court is Plaintiff Wi-LAN, Inc. ("Wi-LAN") and Defendant Aliphcom's ("Aliphcom") Stipulation and Joint Motion to Dismiss. Such motion is GRANTED.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

(1)   All claims here at issue by Wi-LAN against Aliphcom that were not dismissed pursuant to this Court's February 28 Order (DI 207) including all such claims presented by Wi-LAN's First Amended Complaint, shall be dismissed without prejudice.

(2)   Wi-LAN and Aliphcom each shall bear their own costs and attorneys' fees.

**SIGNED this 2nd day of November, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE